ALBANY,
January, 1830.

Ontario Bank
v.
Petrie.

ticularly the arrears claimed, as for instance, "levy $80, the annuity due on the 22d June, 1829, according to the condition of the bond declared on in this cause." The motion in this case is denied with costs.

---

## ANON.

The order for allowance for classical studies to clerks of attornies must be obtained at the commencement of the term of clerkship. If omitted, a judge's order should be obtained in vacation.

An application was made to the court, for a special order for the examination of a candidate for admission as an attorney, on the ground that a regular order had not been obtained for an allowance for classical studies at the commencement of his term of clerkship.

THE CHIEF JUSTICE announced, that for the future the court would strictly adhere to the rules established as to the admission of candidates for examination. That if a person commencing a clerkship in an attorney's office is entitled to an allowance for classical studies, such allowance must be ascertained and settled by one of the judges *at the commencement of the clerkship*, and will not be inquired into by the court when application is made for examination. If special circumstances exist, excusing the omission, application should be made to one of the judges in vacation, and not to the court during term.

---

## ✗ ONTARIO BANK vs. PETRIE.

Where in a notice of non-payment *dated* on the day that a draft falls due, it is stated that the draft was *protested* on the evening *before* for non-payment, and

THIS was an action of assumpsit, tried at the Oneida circuit in April, 1829, before the Hon. NATHAN WILLIAMS, one of the circuit judges.

The defendant was sued as the third endorser of a draft, drawn by a firm of the name of Sprague & Dann on R. & G. Bartow, and accepted by them for $350, dated 28th March,

that the holders look to the endorser for payment, it is right and proper to submit the question to a jury, whether or not the defendant has been misled.

A draft falling due on *Sunday* may be demanded on the preceding day.